IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore

Civil Action No. 18-cv-02847-RM-KLM

NEXTFOODS, INC.,

Plaintiff,

v.

SOCIÉTÉ DES PRODUITS NESTLÉ S.A.
and NESTLÉ USA, INC.,

Defendants.

---

## ORDER
---

This matter is before the Court on the parties' Joint Motion Requesting Administrative Closure of Action Subject to Reopening for Good Cause ("Joint Motion") (ECF No. 41). The Joint Motion was filed pursuant to D.C.COLO.LCivR 41.2 and the Magistrate Judge's Minute Order of July 10, 2019 (ECF No. 40) which allowed a request for administrative closure as one alternative to further requests for extensions of time for purposes of reaching a settlement in this case. Upon consideration of the Joint Motion, and the court record, and being otherwise fully advised, the Court finds good cause for the requested closure. Accordingly, it is

ORDERED that the Joint Motion (ECF NO. 41) is GRANTED and the clerk shall close this civil action administratively subject to reopening for good cause.

DATED this 26th day of July, 2019.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge